IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-00072-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LOWNEY YOHNAGALEGI CROW ) | |
| _____ ) | |

This matter came before the Court on January 29, 2024 for an inquiry into the status of counsel. At the conclusion of the hearing, the undersigned issued an oral ruling. This Order memorializes that decision.

On March 13, 2023, a petition was filed alleging that Defendant had violated the terms and conditions of his supervised release. Doc. 51.

On June 26, 2023, Defendant made an initial appearance at which time he requested that counsel be appointed for him. His request was granted and Renae Alt-Summers was assigned to represent Defendant.

On June 28, 2023, Defendant waived his right to a preliminary hearing, and did not seek an immediate detention hearing. Docs. 61.

On October 3, 2023, a Bill of Indictment was filed charging Defendant with one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). United States v. Crow, 1:23-cr-00079-MR-WCM. Ms. Alt-Summers has also been assigned to represent Defendant in

1

that case.[1]

On January 29, 2024, the undersigned conducted an inquiry into the status of counsel in United States v. Crow, 1:23-cr-00079-MR-WCM. During those proceedings, Ms. Alt-Summers noted that she represented Defendant in this case as well. At the conclusion of that hearing, the Court granted a request by Defendant for new counsel and an oral motion to withdraw by Ms. Alt–Summers.

Without objection from the parties, and in the interest of judicial economy, the Court then addressed the issue of Ms. Alt-Summers' continuing representation of Defendant in the instant matter and Ms. Alt-Summers made a similar oral motion to withdraw. Defendant did not object to the motion, though noted that he wished to continue to be represented by an attorney in this matter as well.

The undersigned allowed Ms. Alt-Summers to withdraw in the instant matter for the same reasons she was allowed to withdraw as counsel of record in United States v. Crow, 1:23-cr-00079-MR-WCM.

---

[1] The single count pending against Defendant in United States v. Crow, 1:23-cr-00079-MR-WCM, as well as certain charges in this matter, pertain to events that are alleged to have occurred on or about February 23, 2023.

**IT IS THEREFORE ORDERED THAT** defense counsel's oral motion to withdraw is **GRANTED,** Ms. Alt-Summers is **WITHDRAWN** as counsel of record for Defendant, and the Federal Defender's Office is **DIRECTED** to assign new counsel for Defendant forthwith.

Signed: February 1, 2024

W. Carleton Metcalf
United States Magistrate Judge

3